

IN THE

TENTH COURT OF APPEALS

No. 10-11-00406-CV

IN RE WILLIAM VANADOR, JR.

Original Proceeding

MEMORANDUM OPINION

The petition and first supplemental petition for writ of mandamus are denied,

and this Court's October 21, 2011 stay order is lifted.

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition dismissed
Opinion delivered and filed November 2, 2011
[OT06]